Date: 08/31/10   DIVIDENDS REMITTED TO THE COURT   Page:

*CK 105*
*Rec. # 150939*

Case Number 09-22056 - KOSOGLOV, DONNA L

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **PYOD LLC its successors and assigns as assignee of Citibank** c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602-   ACCOUNT NO. 6161 | 000005 | 132.08 | 3.18 |
| ---------- Remittance Total ---------------- | | 132.08 | 3.18 |

_(signature)_
RICHARD A. BAUMGART, Trustee

*FILED 2010 SEP 13 PM 3:51 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND*